UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORIDA ATLANTIC UNIVERSITY RESEARCH
CORPORATION, *et al.*,
    Plaintiffs,

vs.

ACER, INC., *et al.*,
    Defendants.
_____/

CASE NO. 12-80694-CIV-SEITZ

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,
    Plaintiffs,

v.

ASUS COMPUTER INTERNATIONAL
and ASUSTEK COMPUTER, INC.,
    Defendants.
_____/

Case No.:12-80697-CIV-SEITZ

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,
    Plaintiffs,

v.

TPV TECHNOLOGY LIMITED, *et al.*,
    Defendants.
_____/

Case No.:12-80701-CIV-SEITZ

## ORDER GRANTING IN PART MOTIONS TO CONSOLIDATE CASES

THIS MATTER is before the Court on the Plaintiffs' Motions to Consolidate Actions for Pretrial Purposes [DE-26 in Case No. 12-80694; DE-38 in Case No. 12-80697; DE-33 in Case No. 12-80701]. The Court heard argument of counsel on January 30, 2013. Upon consideration, it is

ORDERED that the Plaintiffs' Motions to Consolidate Actions for Pretrial Purposes [DE-

26 in Case No. 12-80694; DE-38 in Case No. 12-80697; DE-33 in Case No. 12-80701] is GRANTED in part and DENIED in part:

1. The motion is granted for purposes of claims construction only. All documents relating to claims construction shall be filed in Case No. 12-80701.

2. The motion is denied in all other respects with leave to refile after claims construction.

DONE and ORDERED in Miami, Florida, this 30th day of January, 2013.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record