**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FLORIDA ATLANTIC UNIV. RESEARCH CORP. AND DOMAINE ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC. AND ACER AMERICA CORP., <br><br> Defendants. | **CASE NO. 09-12-cv-80694** |
| v. <br><br> ASUS COMPUTER INTERNATIONAL, *et al*., <br><br> Defendants. | **CASE NO. 09-12-cv-80697** |
| v. <br><br> TPV TECHNOLOGY LIMITED, *et al*., <br><br> Defendants. | **CASE NO. 09-12-cv-80701** |

**DEFENDANTS' NOTICE OF FILING PUBLIC VERSIONS OF DEFENDANTS'
COMBINED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND
NON-INFRINGEMENT AND FILINGS IN SUPPORT THEREOF**

1

Defendants TPV,[1] Acer,[2] and ASUS[3] (collectively, "Defendants") hereby provide notice of filing of public versions of the following documents:

1. Defendants' Combined Motions for Summary Judgment of Invalidity and Non-Infringement

2. Defendants' Statement of Material Facts in Support of Defendants' Motion for Summary Judgment

3. Declaration of Dr. Clifford Reader in Support of Defendants' Motion for Summary Judgment of Invalidity and Non-Infringement

4. Corrected Omnibus Declaration of Brian M. Berliner in Support of Defendants' Motion for Summary Judgment ("First Berliner Declaration")

All of the above documents were previously either filed under seal or had attachments that were filed under seal. As detailed below, with the exception of two exhibits that should remain under seal, all of the above documents have been de-designated and are attached to this filing as public documents in unredacted form.[4]

Pursuant to the Stipulated Protective Order (D.E. 69)[5] and the Court's Order Denying Defendants' Unopposed Motion to Seal (D.E. 226), Defendants met and conferred with Plaintiffs concerning the propriety of Plaintiffs' confidentiality designations of its expert reports, deposition transcripts, and produced material. Because Plaintiffs agreed to withdraw their confidentiality designations of all previously designated material cited by and included in Defendants' summary judgment briefing and supporting filings; and because Plaintiffs have now

---

[1] TPV Technology Limited, Top Victory International Limited, Top Victory Electronics (Fujian) Co., Ltd., Top Victory Electronics (Taiwan) Co., Ltd., TPV Electronics (Fujian) Co., Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc.

[2] Acer Inc. and Acer America Corp.

[3] ASUS Computer Int'l, and ASUSTek Computer Inc.

[4] Any redactions that appear in the documents simply redacts the previously appearing confidentiality designation.

[5] Unless otherwise noted, "D.E." refers to Docket Entries in Case No.09-12-cv-80701.

produced copies of those previously designated materials without confidentiality designations; Defendants are now able to publicly file the documents attached hereto.

In advance of the Court's hearing set for March 24, 2014 by the Order Denying Defendants' Unopposed Motion to Seal (D.E. 226), Defendants request that the following two exhibits to the First Berliner Declaration remain filed under seal: (i) Exhibit B, the Initial Infringement Expert Report of Brian von Herzen, Ph.D., dated February 3, 2014, and (ii) Exhibit AA, Plaintiffs' Disclosure of Asserted Claims and Second Supplemental Preliminary Infringement Contentions dated January 31, 2014. Exhibits B and AA contain non-public and sensitive technical specifications of the Defendants and Defendants' suppliers, appropriately designated under paragraph 3.4 of the Stipulated Protective Order (D.E. 69).

Dated: March 22, 2014                              Respectfully submitted,

  /s/ *John A. Camp*                                    */s/ Robert D. W. Landon, III*
John A. Camp, Esq. (FBN 848115)        Harry Richard Schafer, Esq. (FBN 508667)
CARLTON FIELDS JORDEN BURT, P.A.       Robert D. W. Landon, III (FBN 961272)
100 SE 2 Street, Suite 4200            Anna T. Neill (FBN 100945)
Miami, FL  33131                       KENNY NACHWALTER, P.A.
Telephone: (305) 539-7228              201 South Biscayne Boulevard
Facsimile: (305) 530-0055              Suite 1110 – Miami Center
Email: jcamp@cfjblaw.com               Miami, FL 33131-4327
                                       Telephone: (305) 373-1000
Michael C. Ting (admitted pro hac vice) Facsimile: (305) 372-1861
TECHKNOWLEDGE LAW GROUP LLP            Email: hrs@knpa.com
1521 Diamond Street                    Email: rlandon@knpa.com
San Francisco, CA 94131                Email: aneill@knpa.com
Telephone: (408) 646-1131
Email: mting@techknowledgelaw.com      Mark A. Samuels (*admitted pro hac vice*)
                                       Brian M. Berliner (*admitted pro hac vice*)
Kaiwen Tseng (*admitted pro hac vice*) Vision L. Winter (*admitted pro hac vice*)
FREITAS TSENG & KAUFMAN, LLP           O'MELVENY & MYERS, LLP
100 Marine Parkway, Suite 200          400 South Hope Street
Redwood City, CA 94065                 Los Angeles, CA 90071
Telephone: (650) 730-5578              Telephone: (213) 430-6000
Facsimile: (650) 593-6301              Facsimile:  (213) 430-6407
Email: ktseng@ftklaw.com               Email: msamuels@omm.com
                                       Email: bberliner@omm.com
*Attorneys for ACER Defendants*        Email: vwinter@omm.com

                                       *Attorneys for TPV Defendants*

   /s/ *Jennifer A. Kerr*
Jennifer A. Kerr, Esq. (FBN 149624)
CAMPBELL LAW FIRM PLLC
95 Merrick Way, Suite 514
Coral Gables, FL 33134
Telephone: (305) 444-6040
Facsimile:  (305) 444-6041
Email: jkerr@campbelllawfirm.net

Joshua M. Masur (*admitted pro hac vice*)
Turner Boyd LLP
702 Marshall St
Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile:  (650) 521-5931
Email: josh@turnerboyd.com

*Attorneys for ASUS Defendants*

## CONSENT OF SIGNATORIES

I certify that the signatories hereto have consented to the electronic filing of this document.

By:   /s/ *Anna T. Neill*
      Anna T. Neill

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system on March 22, 2014, which serves counsel for all parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

By:   /s/ *Anna T. Neill*
      Anna T. Neill