UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:12-80701-CIV-SEITZ

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,

       Plaintiffs,

v.

TPV TECHNOLOGY LOMITED, et al.,

       Defendants.
_____/

**FINAL JUDGMENT**

The Court having granted Defendants' Motion for Summary Judgment on June 24, 2014, it is hereby:

ORDERED that judgment is entered in favor of the Defendants, TPV Technology Limited, Top Victory International Limited, Top Victory Electronics (Fujian) Co. Ltd., Top Victory Electronics (Taiwan) Co., Ltd., TPV Electronics (Fujian) Co., Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., and AOC International, and against Plaintiffs, Florida Atlantic University Research Corporation and Domaine Associates, LLC.  Plaintiffs shall recover nothing and their claims are dismissed on the merits.

DONE and ORDERED in Miami, Florida, this 25th day of June, 2014.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record